

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Julio Cesar Nazario Reyes,
Plaintiff

v.                                                CASE NUMBER: 98-1339 (HL)

Dr. Francisco Marte, et al.
Defendants.

## MOTION

**Date Filed:** 5.05.00    **Docket # 17**    [x] Plffs  [] Defts    [ ] Other
**Title:** Extension of Time

## ORDER

**Granted in part, Denied in part.** In light of Counsel Masini Soler's vacation schedule, the Pretrial and Settlement Conference is hereby re-scheduled to **June 28th**, at 2:00 p.m. A proposed Pretrial order shall be filed by **June 26th**. The trial will be held as scheduled on **August 10, 2000, at 9:00 a.m.** The Court reminds counsel that he had a year advance notice of the scheduled dates for this case as the Scheduling Order was issued on June 21, 1999.

Date 5/10/01

HECTOR M. LAFFITTE
Chief U.S. District Judge