# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Julio Cesar Nazario Reyes
   Plaintiff

v.

**CASE NUMBER:** 98-1339 (HL)

Francisco Marte, et al.
   Defendants

| MOTION |
|---|
| Date Filed: 5.16.99    Docket # 19    [x] Plffs  [] Defts    [ ] Other<br>Title: Motion Voluntary Dismissal |
| **ORDER** |
| The Court hereby approves plaintiff's request for voluntary dismissal without prejudice. |

Date 5-19-00

HECTOR M. LAFFITTE
Chief U.S. District Judge

