UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Julio Cesar Nazario Reyes
   Plaintiff

v.                                   CASE NUMBER: 98-1339 (HL)

Francisco Marte, et al.
   Defendants

## JUDGMENT

The Court having approved the parties' voluntary settlement agreement, judgment is hereby entered dismissing this case without prejudice.

**It is so ordered.**

Date 5/19/00            HECTOR M. LAFFITTE
                                   Chief U.S. District Judge

